UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JOHN D. GREGORY** | **CIVIL ACTION NO. 13-2978**<br>Section P |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **RICKY JONES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion for Summary Judgment [Doc. No. 25] filed by Plaintiff John Gregory is hereby DENIED.

IT IS ORDERED, ADJUDGED, AND DECREED that the motions for summary judgment [Doc. Nos. 21 & 32] filed by Defendants Ricky Jones, Fred Schoonover, and John Smith are hereby GRANTED, and Plaintiff's claims against Defendants are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Helen Leonard is hereby STRICKEN as a defendant from the docket sheet.

MONROE, LOUISIANA, this 10th day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE